**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

JOE ANTHONY RAMIREZ, #01761750    §
                                        §

        Plaintiff,                  §

                                        §

v.                                       §    Case No. 6:25-cv-520-JDK-JDL

                                        §

KRISH JOHNSON,                §

                                        §

        Defendant.              §

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Joe Anthony Ramirez, a prisoner confined at the Michael Unit within the Texas Department of Criminal Justice proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On March 16, 2026, Judge Love issued a Report (Docket No. 6) recommending that the Court dismiss Plaintiff's lawsuit, with prejudice, for the failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). A copy of this Report was sent to Plaintiff at his address, with an acknowledgment. The docket reflects that Plaintiff received the Report on March 30, 2026. Docket No. 7. Plaintiff, to date, has not filed objections.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire

1

record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court. Therefore, it is **ORDERED** that Plaintiff's lawsuit is dismissed, with prejudice, for the failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1).

Any and all motions which may be pending are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **2nd**  day of  **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2